**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SUE BONIFAZIO,<br><br>                  Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY,<br><br>                  Defendant. | 2:12-cv-01358-MMD-VCF<br><br>**ORDER**<br><br>[Emergency Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#19)] |

    Before the Court is Defendant's Emergency Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (hereafter "motion") (#19).

**Background:**

    The Court approved the Joint Discovery Plan and Scheduling Order (#18) on September 5, 2012, which granted the parties' request to end the discovery period on May 17, 2013.

    On September 19, 2012, Defendant filed the Emergency Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#19) stating that the nature of the emergency is "due to the limited time the parties have to complete discovery." *Id.*  The motion's exhibits contain unredacted medical records of Plaintiff Sue Bonifazio.

**Discussion:**

    The motion contains insufficient detail concerning the alleged emergency. The only explanation for an emergency is that the parties have limited time to complete discovery. The parties have until May 17, 2013 to conduct discovery.  May 17, 2013 is 231 days from the date of this Order.  Pursuant to Local

1    Rule 7-5(d)(3), the Court finds that no matter raised in the motion is, in fact, an emergency.

2    Pursuant to Special Order 108, confidential information should not be made available for public

3    access. The motion's exhibits contain the social security number, birth date, and home address of the

4    Plaintiff in violation of Special Order 108, which implements the E-Government Act of 2002.

5    IT IS HEREBY ORDERED that Defendant's Emergency Motion to Compel Execution of

6    Medical Authorizations and Motion for Sanctions (#19) is STRICKEN without prejudice.

7    DATED this 28th day of September, 2012.

                 _____
                 CAM FERENBACH
                 UNITED STATES MAGISTRATE JUDGE