# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SUE BONIFAZIO, | |
| Plaintiff, | 2:12-cv-01358-MMD-VCF |
| vs. | **ORDER** |
| WESTERN UNITED INSURANCE COMPANY, | |
| Defendant. | |

Before the Court are Defendant's Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#21), Plaintiff's Motion to Extend Time to Complete and Serve Responses to Defendant Western United Insurance Company's First Set of Interrogatories and First Set of Requests for Production of Documents (#22), and Plaintiff's Counter-Motion for Sanctions (#26).

On November 8, 2012, the Court held a motion hearing. During the hearing, Mr. Stovall stated that the parties have reached certain discovery agreements as disputed in the Defendant's Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#21) and Plaintiff's Motion to Extend Time to Complete and Serve Responses to Defendant Western United Insurance Company's First Set of Interrogatories and First Set of Requests for Production of Documents (#22). The parties were ordered to file a stipulation and order outlining those agreements on or before November 19, 2012. (#31). It was reported that parties have agreed to withdraw the following pending motions: Defendant's Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#21), Plaintiff's Motion to Extend Time to Complete and Serve Responses to Defendant Western United Insurance Company's First Set of Interrogatories and First Set of Requests for Production of Documents (#22), and

Plaintiff's Counter-Motion for Sanctions (#26).  On November 19, 2012, the Court granted the Stipulation and Order regarding the parties' agreements on medical authorizations and employment authorizations.  (#32).

IT IS HEREBY ORDERED Defendant's Motion to Compel Execution of Medical Authorizations and Motion for Sanctions (#21), Plaintiff's Motion to Extend Time to Complete and Serve Responses to Defendant Western United Insurance Company's First Set of Interrogatories and First Set of Requests for Production of Documents (#22), and Plaintiff's Counter-Motion for Sanctions (#26) are DENIED as MOOT.

DATED this 20th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE